

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NOS. WR-88,623-02 AND WR-88,623-03

## EX PARTE RICHARD ANTHONY BARTHOLOMEW, Applicant

### ON APPLICATIONS FOR WRITS OF HABEAS CORPUS
### CAUSE NOS. 1319078-A AND 1321170-A IN THE 262ND DISTRICT COURT
### FROM HARRIS COUNTY

*Per curiam*.

**O R D E R**

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court these applications for writs of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of aggravated robbery and aggravated kidnapping and sentenced to imprisonment.

Applicant filed the habeas applications on April 24, 2017. The trial court entered orders designating issues, which ordered a response from trial counsel. There is no response in the habeas records or findings from the trial court. The applications are remanded to the trial court to allow the trial judge to complete an evidentiary investigation and enter findings of fact and conclusions of law resolving the disputed factual issues.

The applications will be held in abeyance until the trial court has resolved the fact issues. The issues shall be resolved within 90 days of this order. A supplemental transcript containing all affidavits and interrogatories or the transcription of the court reporter's notes from any hearing or deposition, along with the trial court's supplemental findings of fact and conclusions of law, shall be forwarded to this Court within 120 days of the date of this order. Any extensions of time must be requested by the trial court and shall be obtained from this Court.

Filed: June 5, 2019
Do not publish